Michael Charles #18736-075

Federal Correctional Institution

3600 Guard Road

Lompoc, CA 93436


UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff - Respondent, | ) Case No. 3:08-00087 |
| v. | ) MOTION FOR RETURN |
| | ) OF PROPERTY |
| MICHAEL CHARLES, | ) Judge William Hayes, Jr. |
| Defendant - Movant. | ) |

*ORDER*

*This motion is DENIED without prejudice to be refiled by Movant's counsel of record.*

*[signature]*

*3-11-13*

Defendant, Michael Charles ("Charles"), moves this Court to return the following property to him: $27,000.00 in U.S. Currency, seized from defendant on January 30, 2008 (the date of his arrest) and, in support of this motion, shows:

1. The above-described property was seized from defendant's premises by agent(s) of the D.E.A., pursuant to a consent search.

2. Since forfeiture of the above-described property was not part of any agreement with the government; and the government has failed to institute forfeiture proceedings within the legal time limits, the said property is not subject to forfeiture.

WHEREFORE, defendant prays that the court will grant this motion and return defendant's $27,000.00 in U.S. Currency seized on January 30, 2008 to defendant.